FILED
CLERK, U.S. DISTRICT COURT

AUG -8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>  Anthony Tuson CARLTON<br><br>  Defendant. | Case No.: CR-03-0078-SJO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CAL__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no evidence submitted; no apparent resources for bail;__

1.     to nature of charges
2.
3.
4.     and/or
5. B.  (✓) The defendant has not met his/her burden of establishing by
6.     clear and convincing evidence that he/she is not likely to pose
7.     a danger to the safety of any other person or the community if
8.     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9.     on: no evidence submitted; long history of substance
10.    abuse; nature of charges; underlying offense
11.    apparently committed while on parole
12.
13.
14.    IT THEREFORE IS ORDERED that the defendant be detained pending
15. the further revocation proceedings.
16.
17. Dated:   8/8/08

RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE